UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ELIZABETH BROWN,**

    **Plaintiff,**

v.                                          Case No.: _____

**UNIVERSAL HOSPITAL
SERVICES, INC.,**

    **Defendant.**
_____/

## DEFENDANT'S NOTICE OF REMOVAL OF AMERICANS WITH DISABILITIES ACT CLAIM

Pursuant to 28 U.S.C. §§ 1331, 1441, 1446, and 1447, Defendant Universal Hospital Services, Inc. hereby gives notice of removal of the Plaintiff's Americans with Disabilities Act ("ADA") claims in the case styled *Elizabeth Brown v. Universal Hospital Services, Inc.,* Case No. 19-CA-3814, currently pending in the Circuit Court for the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, to the United States District Court for the Middle District of Florida, Tampa Division.  As grounds, Defendant states:

    1.    Defendant is the only defendant named in the civil action brought against it in the Circuit Court for the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, titled *Elizabeth Brown v. Universal Hospital Services, Inc.,* Case No. 19-CA-3814   A copy of Plaintiff's Summons, Complaint, Return of Service, and all other state court pleadings, which were served upon Defendant less than thirty (30) days ago and constitute all processes, pleadings, and orders served in that case, are attached hereto as **Exhibit A.**  A copy of the Notice being contemporaneously filed in the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, is attached hereto as **Exhibit B.**

2. Plaintiff's Complaint seeks relief under the ADA, 42 U.S.C. § 12101, *et seq.* More specifically, Plaintiff alleges that Defendant discriminated against Plaintiff, refused to provide reasonable accommodation to Plaintiff, and retaliated against Plaintiff based on her alleged disability in violation of the ADA. Accordingly, this Court has original federal question jurisdiction over the asserted claims pursuant to 28 U.S.C. § 1331, and removal of this action is authorized by 28 U.S.C. § 1441.

3. The remaining claim asserted in Plaintiff's Complaint regarding retaliation under the Florida Workers' Compensation Act, Florida Statutes Section 440.205 is not removable and Defendant is not seeking to remove such claim.

4. Venue is proper in this Court pursuant to 28 U.S.C. §1391(b) and the Local Rules of the United States District Court for the Middle District of Florida.

5. This Notice is being filed within thirty (30) days after of receipt of the Complaint by Defendant and is timely filed under 28 U.S.C. § 1446(b).

WHEREFORE, Defendant, Universal Hospital Services, Inc., respectfully requests that the ADA claims set forth in *Elizabeth Brown v. Universal Hospital Services, Inc.,* Case No. 19-CA-3814, now pending in the Florida Circuit Court, Thirteenth Judicial Circuit, Hillsborough County, Florida, be removed to the United States District Court, Middle District of Florida, Tampa Division.

**DATED** this 16th day of May, 2019.

Respectfully submitted,

*/s/ Grant D. Petersen*
Grant D. Petersen, Esquire
Florida Bar No. 378682
Email: grant.petersen@ogletreedeakins.com
Email: denise.banach@ogletreedeakins.com
Karen Smeda
Florida Bar No.: 1011113
Email: karen.smeda@ogletreedeakins.com
Email: lennon.graves@ogletreedeakins.com
Secondary: TamDocketing@ogletreedeakins.com

OGLETREE, DEAKINS, NASH
 SMOAK & STEWART P.C.
100 N. Tampa Street, Suite 3600
Tampa, Florida 33602
T: (813) 289-1247; F: (813) 289-6530
*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on May 16, 2019, I hand delivered the foregoing to the

United States District Court
Middle District, Tampa Division
801 North Florida Avenue
Tampa, FL 33602.

**I FURTHER CERTIFY** that on May 16, 2019, a true and correct copy of the foregoing has been furnished via electronic mail upon the following:

Luis A. Cabassa, Esq.
WENZEL FENTON CABASSA, P.A.
1110 N. Florida Avenue. Suite 300
Tampa, Florida 33602
lcabassa@wfclaw.com
Counsel for Plaintiff

*/s/ Grant D. Petersen*
Attorney

38554845.1